**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6444**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

DENNIS HOLLAND,

        Defendant – Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas David Schroeder, District Judge. (1:03-cr-00264-TDS-1)

Submitted: October 27, 2009      Decided: December 14, 2009

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Holland, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Holland appeals the district court's order denying Holland's motion to compel the Government to file a substantial assistance motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Holland, No. 1:03-cr-00264-TDS-1 (M.D.N.C. Feb. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED